# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**                                                **Case Number**   14−14244−BFK
                                                             **Chapter**   7

Abiye Tekle

                    Debtor(s)

### NOTICE TO SHOW CAUSE

| | |
|---|---|
| **TO:** *Debtor(s)* | Abiye Tekle, 5801 Quantrell Ave. Apt. 503 |
| | Alexandria, VA 22312−2742 |
| *Attorney for Debtor(s)* | Thomas J. Stanton, Stanton Law, P.C. |
| | 221 South Fayette Street |
| | Alexandria, VA 22314 |
| *Trustee* | Donald F. King, 1775 Wiehle Avenue, Suite 400 |
| | Reston, VA 20190 |
| *United States Trustee* | 115 S. Union Street, Suite 210, Alexandria, VA, 22314 |

The automatic dismissal of the above−referenced case having been suspended pursuant to Local Bankruptcy Rule 1017−3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* August 11, 2015
*Time:* 09:30 AM
*Location:* Judge Kenney's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 S. Washington St., Ctrm III, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*51* – Certification of U.S. Trustee Pursuant to Local Rule 2003−1(B). It is hereby certified that either the debtor or the debtor's counsel has not appeared at the scheduled Section 341 meeting held July 2, 2015. Further note that it does not appear that there will be assets available for distribution to creditors. CASE CONVERTED FROM CHAPTER 13 ON MAY 1, 2015. Filed by Jack Frankel of Office of the U.S. Trustee on behalf of Judy A. Robbins 11 (Frankel, Jack)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

| | |
|---|---|
| Dated:   July 14, 2015 | William C. Redden, Clerk |
| | United States Bankruptcy Court |
| | |
| | By: /s/Anthony Shepherd, Deputy Clerk |

```
                                United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                                  Case No. 14-14244-BFK
Abiye Tekle                                                                             Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0422-9          User: shepherda              Page 1 of 1                  Date Rcvd: Jul 14, 2015
                              Form ID: showcaus            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db              Abiye Tekle,    5801 Quantrell Ave. Apt. 503,    Alexandria, VA  22312-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2015 at the address(es) listed below:
              Andrew Paul Hill    on behalf of Creditor    The Seasons Council of Co-Owners ahill@seganmason.com
              Donald F. King     Kingtrustee@ofplaw.com,    va13@ecfcbis.com;dfking@ecf.epiqsystems.com
              Jack  Frankel     on behalf of U.S. Trustee Judy A. Robbins, 11 jack.i.frankel@usdoj.gov,
               USTPRegion04.ax.ecf@usdoj.gov
              Johnie Rush Muncy     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               RBSGC Mortgage Loan Trust 2007-A jmuncy@siwpc.com,
               drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
               pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com
              Judy A. Robbins, 11    ustpregion04.ax.ecf@usdoj.gov
              Thomas J. Stanton    on behalf of Debtor Abiye  Tekle tstanton@us.net,
               seagael@yahoo.com;stantonandassociates@gmail.com
                                                                                             TOTAL: 6