# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

In re:  )
  ) Case No. 14-14244-BFK
ABIYE TEKLE,  ) Chapter 7
  )
  Debtor.  )

## ORDER DISMISSING CASE WITH PREJUDICE
### (Docket No. 53)

On September 15, 2015, the Court held a hearing on a Notice to Show Cause. Docket No. 53. Counsel for the United States Trustee, Bradley David Jones, Esquire, and Thomas J. Stanton, Esquire were present in person. For the reasons stated on the record, it is

**ORDERED:**

1. This case is dismissed with prejudice to re-filing under any chapter of the Bankruptcy Code in this or any other court for a period of <u>180 days</u> from the entry of this Order.

2. The Debtor is advised that he will have 14 days from the entry of this Order to appeal, by filing a Notice of Appeal with the Clerk of the Bankruptcy Court.

3. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Sep 21 2015

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Sep 21 2015

Copies to:

Abiye Tekle
5801 Quantrell Ave. Apt. 503
Alexandria, VA 22312
*Chapter 7 Debtor*

Thomas J. Stanton, Esquire
Stanton Law, P.C.
221 South Fayette Street
Alexandria, VA 22314
*Counsel for Chapter 7 Debtor*

Bradley D. Jones, Esquire
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
Counsel for U.S. Trustee