**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

**In re** Abiye Tekle                                              **Case No.** 14-14244-BFK

                          **Debtor(s)**                     **Chapter** 7

### ORDER FOR RETURN OF UNCLAIMED FUNDS

A Motion for Return of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 3424.36 , currently on deposit with the Treasury of the United States, be returned to:

Abiye Tekle
5412 Richenbacker Ave. Apt.101
Alexandria, VA 22304

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date: Mar 16 2020                    /s/ Brian F. Kenney
                                     United States Bankruptcy Judge

                                     NOTICE OF JUDGMENT OR ORDER
                                     ENTERED ON DOCKET:
                                     __March 16, 2020__

pc: Financial Administrator

[ounclmfd ver. 03/06]